**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 01-21273

MATAGORDA VENTURES INC.; WATCH WHOLESALERS CO.,

Plaintiffs-Appellants,

VERSUS

TRAVELERS LLOYDS INSURANCE COMPANY; FARMINGTON CASUALTY CO.,

Defendants-Appellees.

Appeal from the United States District Court
For the Southern District of Texas
H-01-CV-440

November 8, 2002

Before DAVIS, BARKSDALE and DENNIS, Circuit Judges.

PER CURIAM:[*]

Based on a careful review of the summary judgment record and after hearing argument of counsel and considering the briefs of the parties, we agree with the district court that the claims asserted against Matagorda in the underlying Swatch action did not arise out of an offense committed in the course of advertising Matagorda's

_____

[*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

goods, products or services. The judgment of the district court is therefore affirmed.

AFFIRMED.